SECURITIES COMPANY OF MASSACHUSETTS, INC. *vs.* ERNEST HENDERSON & others. November 3, 1960. Exceptions overruled. See "brief statement of the grounds and reasons of the decision" in *Boston Trust Funds, Inc.* v. *Henderson,* decided herewith.

*Lawrence R. Cohen & Albert R. Mezoff,* for the plaintiff, submitted a brief.

*Edward B. Hanify,* for the defendants Henderson and others.

*Charles C. Cabot,* for the defendant Hovey.

*John S. Whipple,* for the defendant Second Bank–State Street Trust Company.

*David A. Sutherland,* for the defendant Trust Securities Corporation.